THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Larry Baker, Appellant.
 
 
 

Appeal From Greenville County
James W. Johnson, Jr., Circuit Court
 Judge
 John C. Few, Circuit Court Judge 
Unpublished Opinion No.  2009-UP-207
Submitted April 1, 2009  Filed May 18,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Larry Baker appeals his convictions and
 sentences for possession of crack cocaine with intent to distribute and
 possession of crack cocaine in proximity of a school. On appeal, Baker contends the trial court erred by
 failing to suppress statements made by Baker while in custody.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.